# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RUFUS COOK | ) |
| | ) |
| Plaintiff, | ) Case No. 22-cv-119 |
| | ) |
| v. | ) |
| | ) Hon. Jorge L. Alonso |
| STONEDRY, LLC, and ANDRES SCHCOLNIK | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS STONEDRY, LLC'S AND ANDRES SCHCOLNIK'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC. 12(B)(1) AND 12(b)6)

Pursuant to Fed. R. Civ. Proc. 12(b)(1) and 12(b)(6), Defendants Stonedry, LLC and Andres Schcolnik, (together, Stonedry) by their undersigned counsel, hereby move to dismiss the Complaint of Plaintiff Rufus Cook. In support of their motion, Stonedry states as follows:

1. Plaintiff's Amended Complaint seeks damages and injunctive relief related to proceedings in front of the County Division of the Cook County Circuit Court, Case No. 2014 COTD 002392.

2. As more fully set forth in Part I of Stonedry's supporting Memorandum of Law ("Memorandum"), the Amended Complaint seeks federal district court review of a final state court judgment, namely, an agreed order awarding Stonedry a tax deed for a Property previously owned by Cook and related parties. Cook's action is thus barred by the *Rooker-Feldman* doctrine because his injury stems from a state-court judgment and he had many opportunities to present his arguments in state court. The action should be dismissed pursuant to Fed. R. Civ. Proc. 12(b)(1).

3. As more fully set forth in Part II of Stonedry's supporting Memorandum of Law ("Memorandum"), even if this court does have subject matter jurisdiction, Cook presented the same claims and issues not only in the tax deed proceedings, but a related case in the Cook County

Law Division, Case No. 16 L 2016 L 005474. All orders in both cases are now final and were resolved completely in Defendants' favor. Cook's action is thus barred by *res judicata* and should be dismissed pursuant to Fed. R. Civ. Proc. 12(b)(6).

**WHEREFORE,** for the foregoing reasons and those in the supporting Memorandum. Defendants Andy Schcolnik and Stonedry, LLC respectfully request that this Court GRANT their motion to dismiss in its entirety, dismiss Plaintiff Rufus Cook's Complaint, and grant such other relief as may be just and proper.

Dated: April 15, 2022   STONEDRY, LLC and ANDRES SCHCOLNIK

.

By: /s/Peter Stasiewicz

Peter Stasiewicz (ARDC # 6290832)
ARCTURUS LAW FIRM
211 West Wacker Drive Suite 300
Chicago, IL 60606
(312) 957-6194 (tel)
(312) 489-8307 (fax)
pete@arcturuslaw.com

## CERTIFICATE OF SERVICE

      I, Peter Stasiewicz, an attorney, hereby certify that on April 15, 2022, I served the foregoing Defendants Motion to Dismiss with the Clerk of the Northern District of Illinois, Eastern Division on the below parties via CM/ECF:

Bruce Cook
Law office of Bruce L. Cook
1507 E. 53rd Street, Unit 308
Chicago, IL 60615

e-mail: blcook@loblc.com

                                                                                                By: /s/ Peter Stasiewicz